JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORIO ORTIZ, JR., <br>       Petitioner, <br> vs. <br> RONALD RACKLEY, et al, <br>       Respondent. | Case No. CV 16-01754-PSG (DTB) <br><br> **J U D G M E N T** |

In accordance with the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction; Referring the Petition to the Ninth Circuit Court of Appeals Pursuant to Ninth Circuit Rule 22-3(a); and Denying a Certificate of Appealability filed herein,

/ / /
/ / /
/ / /
/ / /
/ / /

IT IS HEREBY ADJUDGED that this action is summarily dismissed without prejudice, pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts and that this action is referred to the Ninth Circuit Court of Appeals, pursuant to Rule 22-3(a).

DATED: March 28, 2016

_____
PHILLIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE